UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 5:26-cv-02981-SVW-SSC | Date | June 26, 2026 |
|---|---|---|---|

| Title | *Than Van Pham v. Fereti Semaia et al* |
|---|---|

Present: The Honorable     STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Daniel Tamayo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:**     ORDER DENYING PETITIONER'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER [3]

Before the Court is Petitioner Than Van Pham's ex parte application for a temporary restraining order ("TRO") in an immigration-related habeas corpus action. ECF No. 3. The Central District of California's General Order No. 26-05 recently articulated an expedited briefing schedule for immigration-related habeas corpus actions. This scheduling order was "intended to provide a prompt resolution to habeas petitions and reduce the contemporaneous filing of applications for a temporary restraining order." Petitioner has not shown through a declaration that this is a case "where the petitioner alleges imminent, irreparable harm that cannot be addressed by the standard scheduling order or by expediting the briefing schedule."

Furthermore, the Court has conducted a cursory analysis under the factors outlined in *Winter v. NRDC, Inc.*, 555 U.S. 7 (2008). Here, Petitioner brings the instant Petition to challenge his detention in immigration custody. ECF No. 1. The only challenges to government action that implicate injury to Petitioner—the Court does not see a likelihood of success in Petitioner's challenge to the government's practices of banishment to third countries, without allegations that Petitioner is likely to be affected by the alleged policy—are brought under the Fifth Amendment of the United States Constitution's 'due process' clause. As a noncitizen subject to a final order of removal, Petitioner's due process challenges to his detention are governed by the Supreme Court's holding in *Zadvydas v. Davis*, 533 U.S. 678 (2001). Under

:

Initials of Preparer     DTA

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 5:26-cv-02981-SVW-SSC | Date | June 26, 2026 |
|---|---|---|---|
| Title | *Than Van Pham v. Fereti Semaia et al* | | |

the *Zadvydas* framework, Petitioner's detention, not yet two months in duration, is presumptively reasonable. However, Petitioner has not yet put forward evidence that would meet his burden of overcoming the presumption against him and establishing that removal is not reasonably foreseeable. Therefore, the Court finds success on the merits unlikely at this point.[1]

For both aforementioned reasons, Petitioner's ex parte application is DENIED.

**IT IS SO ORDERED.**

---

[1] The Court notes that this analysis may be subject to change if the detention extends beyond six months and causes the burden to shift to the government.

:

Initials of Preparer   DTA