UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

THAN VAN PHAM,

       Petitioner,

   v.

FERETI SEMAIA, et al.,

      Respondents.

Case No. 5:26-cv-02981-SVW-SSC

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636 the Court has reviewed all of the records herein, the Report and Recommendation of United States Magistrate Judge, and Petitioner's objections to the Report and Recommendation.  The Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which Petitioner has objected.  The Court accepts the findings and conclusions of the Magistrate Judge in the Report and Recommendation.

//

IT IS ORDERED that the petition (ECF 1) is denied without prejudice.

DATED: July 27, 2026

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE